UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00191-SI |
| v. | INFORMATION |
| TRACY LYNN MOLINA, | 18 U.S.C. § 111(a) |
| | 41 C.F.R. § 102-74.385 |
| Defendant. | 41 C.F.R. § 102-74.390(c) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a))**

On or about May 31, 2021, in the District of Oregon, defendant **TRACY LYNN MOLINA**, did forcibly assault, impede, intimidate, and interfere with Adult Victim 1 (AV1), a person designated as a federal employee in 18 U.S.C. § 1114, while engaged in or on account of the performance of AV1's official duties.

In violation of Title 18, United States Code, Section 111(a), a class A misdemeanor.

## COUNT 2
### (Disorderly Conduct on Federal Property)
### (41 C.F.R. § 102-74.390(c))

On or about May 31, 2021, in the District of Oregon, defendant **TRACY LYNN MOLINA** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement building, and did exhibit disorderly conduct that unreasonably obstructed the usual use of entrances and parking lots, and impeded and disrupted Government employees from the performance of their official duties;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.390(c), a class C misdemeanor.

## COUNT 3
### (Failing to Comply with a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about May 31, 2021, in the District of Oregon, the defendant **TRACY LYNN MOLINA** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: June 1, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

/s/ Andrew T. Ho
ANDREW T. HO, OSB #185047
Assistant United States Attorney